| | |
|---|---|
| LAW OFFICES OF PANOS LAGOS<br>Panos Lagos, Esq. / SBN 61821<br>5032 Woodminster Lane<br>Oakland, CA  94602<br>(510)530-4078<br>(510)530-4725/FAX<br>panoslagos@aol.com<br><br>Attorney for Plaintiff,<br>MONICA M. CARDOSO | JOHN C. BEIERS, COUNTY COUNSEL (SBN 144282)<br>By: Justin W. Mates, Deputy (SBN 261830)<br>By: David A. Silberman, Deputy (SBN 211708)<br>Hall of Justice and Records<br>400 County Center, 6th Floor<br>Redwood City, CA 94063<br>Telephone: (650) 363-4760<br>Facsimile: (650) 363-4034<br>E-mail: jmates@smcgov.org<br><br>Attorneys for Defendants<br>COUNTY OF SAN MATEO, SAN MATEO<br>COUNTY SHERIFF'S OFFICE. GREG MUNKS |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. CARDOSO,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF SAN MATEO,<br>SAN MATEO COUNTY SHERIFF'S OFFICE,<br>GREG MUNKS, in his capacity as Sheriff of the<br>County of San Mateo, CARLOS JOSE TAPIA,<br>individually and as a Correctional Officer for the San<br>Mateo County Sheriff's Office, and DOES 1 – 200,<br>jointly and severally,<br><br>           Defendants. | Case No.: C 12-5130 CRB<br><br>STIPULATION and ORDER] RE:<br>ADR, CONTINUING<br>SETTLEMENT CONFERENCE<br>AND CASE MANAGEMENT<br>CONFERENCE |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record that, as agreed at the February 8, 2013 Case Management Conference, the above-entitled matter shall be referred to Magistrate Cousins for a Settlement Conference.  An Order Setting Settlement Conference was entered on February 12, 2013 [Document 29] setting the Settlement Conference for March 21, 2013 at 1:00 p.m. in Courtroom A, 15th Floor, U.S. District Court, 450 Golden Gate Avenue, San Francisco, California

Accordingly, the parties request that the January 7, 2013 order referring the parties to mediation and the notification from this Court's ADR Unit confirming the appointment of Gregory D. Walker, Esq. to mediate the matter be rescinded.

///

STIPULATION RE ADR/CMC                                                                                                          - 1 –

*Cardoso v. County of San Mateo, et al.*
USDC (N.D. Cal.) Case No.: C 12-5130 CRB

1   IT IS FURTHER STIPULATED and requested that the Settlement Conference now set for March 21, 2013 be continued to a date in early May 2013 to allow both sides ample time to depose the parties, obtain the medical records, and any other pertinent documents needed for a meaningful Settlement Conference.  The precise date will be selected in consultation with Magistrate Cousin's calendar.  Written discovery and disclosures have been exchanged. Depositions of the plaintiff and of the named defendant officer will be conducted by the new Settlement Conference date.

IT IS FURTHER STIPULATED and requested that the Further Case Management Conference now set for April 5, 2013 [Document 26, filed February 8, 2013] be continued to a date in mid to late May 2013 or shortly thereafter.

**IT IS SO STIPULATED.**

Dated: February 27, 2013                    LAW OFFICES OF PANOS LAGOS

                                            /s/PANOS LAGOS
                                            Panos Lagos, Esq.
                                            Attorneys for Plaintiff,
                                            MONICA M. CARDOSO

Dated: February 27, 2013                    JOHN C. BEIERS, COUNTY COUNSEL

                                            By:/s/JUSTIN W. MATES
                                                Justin W. Mates, Deputy,
                                                Attorneys for Defendants,
                                                COUNTY OF SAN MATEO, et al.

///

///

///

///

///

STIPULATION RE ADR/CMC                                                              - 2 –

*Cardoso v. County of San Mateo, et al.*
USDC (N.D. Cal.) Case No.: C 12-5130 CRB

**ORDER**

Pursuant to the Stipulation of the parties,

IT IS ORDERED that:

1. The above-entitled matter is referred to Magistrate Cousins for a Settlement Conference;
2. The January 7, 2013 order referring the parties to mediation and the notification from this Court's ADR Unit confirming the appointment of Gregory D. Walker, Esq. to mediate the matter are rescinded;
3. The Further Case Management Conference now set for April 5, 2013 is continued to May 24, 2013 at 8:30 a.m.;
4. The Settlement Conference now set for March 21, 2013 shall be conducted before the date set for the Further Case Management Conference.

**IT IS SO ORDERED.**

Dated:_March 1, 2013_____     _____



STIPULATION RE ADR/CMC                                                                      - 3 –

*Cardoso v. County of San Mateo, et al.*
USDC (N.D. Cal.) Case No.: C 12-5130 CRB