# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MONICA M. CARDOSO, | Case No. 12-cv-05130 CRB (NC) |
| Plaintiff, | **ORDER DENYING DEFENDANTS' REQUEST** |
| v. | |
| COUNTY OF SAN MATEO, and others, | |
| Defendants. | |

Defendants request that Correctional Officer Carlos Jose Tapia be excused from the parties' settlement conference set for May 14, 2013. This request is DENIED for lack of good cause. All parties must attend the conference.

IT IS SO ORDERED.

Date: May 9, 2013

_____
Nathanael M. Cousins
United States Magistrate Judge