IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MONICA M. CARDOSO,<br><br>    Plaintiff,<br><br>  v.<br><br>COUNTY OF SAN MATEO, SAN MATEO COUNTY SHERIFF'S OFFICE, GREG MUNKS, in his capacity as Sheriff of the County of San Mateo and CARLO JOSE TAPIA, individually and as a Correctional Officer for San Mateo Sheriff's Office,<br><br>    Defendants.<br>_____/ | No. C 12-05130 CRB<br><br>**ORDER OF DISMISSAL** |

    The parties hereto, by their counsel, having advised the Court that they have agreed to a settlement of this case,

    IT IS HEREBY ORDERED that this case be dismissed without prejudice; provided, however, that if any party hereto shall certify to this Court, within thirty (30) days, with proof of service of a copy thereon on opposing counsel, that the agreed consideration for said settlement has not been delivered over, the foregoing Order shall stand vacated and this case shall forthwith be restored to the calendar to be set for trial.

Dated:  May 15, 2013

                                                    CHARLES R. BREYER
                                                  UNITED STATES DISTRICT JUDGE